**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JSDQ MESH TECHNOLOGIES LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 14-410-GMS |
| ) | |
| CABLEVISION SYSTEMS CORP. ) | |
| ) | |
| Defendant. ) | |

**STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME**

WHEREAS, on June 12, 2014, the Court entered an Order granting a final extension of time for Defendant Cablevision Systems Corp. ("Cablevision") to respond to the Complaint until July 10, 2014 (D.I. 11);

WHEREAS, since that time the parties have reached agreement on a resolution that will allow the case against Cablevision to be dismissed; and

WHEREAS, the parties require additional time to finalize the dismissal papers but do not anticipate the need for further proceedings in this Court.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto and subject to the approval of the Court, that the time for Defendant to file dismissal papers or, if necessary, an Answer in this action shall be extended through and including July 24, 2014.

| | |
|---|---|
| */s/ Dominick T. Gattuso* | */s/ Kelly E. Farnan* |
| Dominick T. Gattuso (#3630) | Kelly E. Farnan (#4395) |
| Melissa N. Donimirski (#4701) | RICHARDS, LAYTON & FINGER, P.A. |
| PROCTOR HEYMAN LLP | One Rodney Square |
| 300 Delaware Avenue, Suite 200 | 920 N. King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 472-7300 | (302) 651-7700 |
| DGattuso@proctorheyman.com | farnan@rlf.com |
| MDonimirski@proctorheyman.com | |
| | *Attorney for Defendant* |
| *Attorneys for Plaintiff JSDQ Mesh* | *Cablevision Systems Corp.* |
| *Technologies LLC* | |

Dated: July 10, 2014

IT IS SO ORDERED this _____ day of July, 2014.

_____
United States District Judge